NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1504

I4I LIMITED PARTNERSHIP
and INFRASTRUCTURES FOR INFORMATION, INC.,

Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Hewlett-Packard Company and Dell Inc. move separately for leave to file briefs amicus curiae in support of Microsoft Corporation's motion for a stay, pending appeal, of the district court's injunction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

AUG 2 7 2009

_____
Date

cc:  Matthew D. Powers, Esq.
      Donald R. Dunner, Esq.
      John Thornburgh, Esq.

s8

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2009

JAN HORBALY
CLERK